

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

June 18, 2025

RE:23-cv-00004-RFL  ABN Corporation v. Groupe Pelm International Corporation

Default is entered as to Groupe Pelm International Corporation on June 18, 2025, per dkt 149 minute order.

Mark B. Busby, Clerk of Court

*Susie F. Barrera*

by:  Susie Barrera
Case Systems Administrator

*REV. 7-19*