1  Jimmie L. Williams, State Bar No. 144691
   jimmie@jwatlaw.com
2  WILLIAMS LAW FIRM
   141 Alamo Ranch Road
3  Alamo, California 94507-2031
   Telephone:    (510) 282-7155
4  Facsimile:    (510) 925-2887

5  Aaron M. McKown, State Bar No. 208781
   aaron@mckownbailey.com
6  McKown Bailey
   620 Newport Center Dr., Suite 690
7  Newport Beach, CA 92660-8057
   Telephone:    (949) 858-3200
8
   Shantrell H. Nicks (Pro Hac Vice)
9  NICKS LAW FIRM
   2200 25th Avenue, Suite A
10 Gulfport, MS 39501
   Telephone: (228) 896-6425
11 shnicksesq@aol.com

12 Attorneys for Plaintiffs,
   ABN CORPORATION and RS MEDICAL SUPPLY, LLC
13
14 LEWIS BRISBOIS BISGAARD & SMITH LLP
   ALEX A. GRAFT
   KRISTIN CHOI
15 45 Fremont Street, Suite 3000
   San Francisco, California 94105
16
17 Attorneys for Defendants, VICTORIA E. BRIEANT and
   LAW OFFICE OF VICTORIA E. BRIEANT

18              UNITED STATES DISCTRICT COURT

19          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20 ABN CORPORATION, a Wyoming corporation, RS MEDICAL SUPPLY, LLC, 21 a Nevada Limited Liability company, | Case No. 3:23-cv-00004-RFL (LJC) |
| 22 Plaintiffs, | **JOINT STIPULATION REGARDING DISCOVERY** |
| 23 v. | DATE:  7/18/25 |
| 24 GROUPE PELM INTERNATIONAL CORPORATION, a foreign corporation, 25 CHRISTIAN PELLEGRINI, an individual, LAW OFFICE OF VICTORIA E. 26 BRIEANT, P.A., a Florida corporation, VICTORIA E. BRIEANT, an individual, | LOCATION:  San Francisco Courthouse, Courtroom 15, 18th Floor 450 Golden Gate Avenue, San Francisco, CA 94102 |
| 27 Defendants. | |

28

1

2

3    Plaintiffs, ABN CORPORATION and RS MEDICAL SUPPLY, LLC, and Defendants,

4    VICTORIA E. BRIEANT and LAW OFFICES OF VICTORIA E. BRIEANT, P.A. ("the

5    Brieant Defendants"), through their respective counsel of record, hereby submit their joint

6    stipulation regarding their November 4, 2024 discovery letter (ECF No. 95), and agree and

7    stipulate as follows:

8        1.    On July 17, 2025, the Brieant Defendants served their verifications for their

9    supplemental discovery responses to Plaintiffs Second Set of Request for Production of

10   Documents and Things, and Second Set of Special Interrogatories.

11       2.    On August 18, 2025, the Plaintiffs will file and serve a Motion to Compel

12   Further Responses to their Second Set of Request for Production of Documents and Things and

13   Second Set of Special Interrogatories Against the Brieant Defendants.

14       3.    On August 29, 2025, the Brieant Defendants will file and serve their Opposition

15   to the aforesaid Motion.

16       4.    On September 5, 2025, the Plaintiffs will file and serve their Reply to the

17   Brieant Defendants Opposition.

18       5.    The Court will schedule the hearing on the Motion for September 16, 2025 at

19   10:30 a.m. in the San Francisco Courthouse, Courtroom G – 15th Floor, 450 Golden Gate

20   Ave., San Francisco, CA 94102.

21       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

22

23   Dated:  7/18/25                    WILLIAMS LAW FIRM

24

25                                      By:_____

26                                      Jimmie L. Williams, Jr.
                                        Attorneys for Plaintiffs,
27                                      ABN CORPORATION and RS MEDICAL
                                        SUPPLY, LLC

28

2

JOINT STIPULATION REGARDING DISCOVERY & ORDER          Case No. 3:23-cv-00004-
                                                       RFL (LJC)

160257826.1

Dated:  7/18/25                    LEWIS BRISBOIS BISGAARD & SMITH


By: _____
     Alex A. Graft
     Kristin Choi
     Attorneys for Defendants,
     VICTORIA E. BRIEANT And LAW OFFICE
     OF VICTORIA E. BRIEANT, P.A.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**


Dated: July 18, 2025            _____
                                LISA J. CISNEROS
                                UNITED STATES MAGISTRATE JUDGE

---

3

JOINT STIPULATION REGARDING DISCOVERY & ORDER            Case No. 3:23-cv-00004-
                                                         RFL (LJC)