

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102

*cand.uscourts.gov*

August 25, 2025

RE: 3:23-cv-00004-RFL   ABN Corporation v. Groupe Pelm International Corporation

Default is entered as to Christian Pellegrini on August 25, 2025.

Mark B. Busby, Clerk of Court

by:  Cynthia Hernandez
Case Systems Administrator
408-535-5386

REV. 7-19