UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABN CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GROUPE PELM INTERNATIONAL CORPORATION, et al.,<br><br>    Defendants. | Case No. 23-cv-00004-RFL (LJC)<br><br>**ORDER RESOLVING DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 191 |

The Court has reviewed the parties' latest Discovery Letter (ECF No. 191) regarding documents Plaintiffs withheld from production based on attorney-client privilege, and presumes the parties' familiarity with that letter and the previous Orders in this case addressing privilege. *E.g.*, ECF No. 184.

Much like for Defendant Brieant, substantial evidence indicates that Plaintiffs' counsel Jimmie Williams served essentially as a business agent or conduit (or here, perhaps business partner) during the subject transaction. Plaintiffs have made no prima facie showing of a traditional attorney-client relationship with Williams—i.e., a relationship centered on legal advice or legal representation—during their efforts to close the transaction prior to this litigation. (Attorney Aaron McKown's role is less clear from the present record, but only two of the logged documents appear to involve McKown.)

Plaintiffs' objections to relevance ring hollow when Plaintiffs identified the documents at issue as responsive in their privilege log. The timing of Defendants' raising this dispute is not a basis to deny Defendants' request to compel production when Defendants embraced a broader scope of privilege until this Court's recent Orders to the contrary. Nor are Defendants precluded from pursuing further discovery after filing a motion for summary judgment.

Plaintiffs are therefore ORDERED to produce the documents listed at ECF No. 191-2 no later than two weeks from this Order, except to the extent that (1) documents specifically seek or convey legal advice, or (2) Plaintiffs' assertion of privilege rests on their relationship with an attorney other than Williams. Plaintiffs shall serve a revised privilege log in conjunction with that production. Any related disputes that remain after that production must be presented by joint letter no later than four weeks from the date of this Order.

**IT IS SO ORDERED.**

Dated: November 25, 2025

LISA J. CISNEROS
United States Magistrate Judge